1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 carey_gorden@fd.org

5

6 Attorneys for Defendant Mr. Ramirez-Galvez

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1173 |
| 12          Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **ADALBERTO RAMIREZ-GALVEZ**, | ) | |
| 15          Defendant. | ) | |

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                                                                  Respectfully submitted,

21 Dated: April 18, 2008                                    *s/ Carey D. Gorden*
                                                                                  Federal Defenders of San Diego, Inc.
22                                                                                  Attorneys for Defendant
                                                                                  carey_gorden@fd.org

23

24

25

26

27

28