**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Mr. Ramirez-Galvez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>            Plaintiff,                           )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>**ADALBERTO RAMIREZ-GALVEZ**, )<br>                                                      )<br>            Defendant.                       )<br>                                                      ) | Case No. 08mj1173<br><br>**PROOF OF SERVICE** |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: April 18, 2008            s/ *Carey D. Gorden*
                                                **CAREY D. GORDEN**
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                e-mail: carey_gorden@fd.org